## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

HARLEM GLOBETROTTERS
INTERNATIONAL, INC.,

        Plaintiff,

   v.

SUNSET PICTURES, LLC, and
BRIARCLIFF ENTERTAINMENT,
LLC,

        Defendants.

Case  No. 1:23-cv-00546-LMM

## PLAINTIFF HARLEM GLOBETROTTERS INTERNATIONAL, INC.'S EMERGENCY MOTION FOR EXPEDITED DISCOVERY OF MOVIE

Pursuant to Fed. R. Civ. P. 26(d) and L.R. 7.2(B), Plaintiff Harlem Globetrotters International, Inc. ("HGI") respectfully moves the Court to order expedited, narrow discovery in this lawsuit on an emergency basis.  Specifically, HGI seeks one item: a copy of Defendants' movie about the Harlem Globetrotters' Nate Sweetwater (the "Movie"), which HGI has learned is set to be released the weekend of **February 17-19, 2023**.

As discussed more fully in HGI's supporting Memorandum, HGI seeks a copy of the Movie on an expedited basis to evaluate whether it infringes HGI's valuable intellectual property, and to determine whether HGI risks irreparable harm upon the

movie's release. HGI has viewed recent public promotional and marketing materials for the Movie that show names/brands and other insignia in which HGI owns exclusive rights.  Despite HGI's repeated requests, Defendants have declined to voluntarily provide a copy of the movie to HGI's counsel. In light of the accelerated time frame associated with the Movie's release, HGI respectfully submits that good cause exists for the Court to address its Motion on an emergency basis.

Plaintiff attaches a proposed Order.

DATED:  February 7, 2023                    Respectfully submitted,

                                               SEYFARTH SHAW LLP

                                               By: */s/ Lauren Gregory Leipold*
                                                  Lauren Gregory Leipold
                                                  LLeipold@Seyfarth.com
                                                  Georgia Bar No. 729061
                                                  1075 Peachtree St. NE, Suite 2500
                                                  Atlanta, Georgia 30309
                                                  Telephone: (404) 885-6737

                                                  Lisa Meyerhoff  (applying for
                                                  admission *pro hac vice*)
                                                  LMeyerhoff@Seyfarth.com
                                                  Texas Bar No. 14000255
                                                  700 Milam Street, Suite 1400
                                                  Houston, Texas  77002-2812
                                                  Telephone:  (713) 238-1874

                                              ATTORNEYS FOR PLAINTIFF
                                              HARLEM GLOBETROTTERS
                                              INTERNATIONAL, INC.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing to be filed electronically with the Clerk of the Court for the Northern District of Georgia using the Court's Electronic Case Filing System, which will send notification to the registered participants of the ECF System as listed in the Court's Notice of Electronic Filing, on February 7, 2023.

/s/ *Lauren Gregory Leipold*
Lauren Gregory Leipold