IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| HARLEM GLOBETROTTERS INTERNATIONAL, INC., | : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 1:23-cv-00546-LMM |
| SUNSET PICTURES, LLC and BRIARCLIFF ENTERTAINMENT LLC, | : : : : : | |
| Defendants. | : | |

## **ORDER**

This case comes before the Court on Plaintiff's Emergency Motion to Expedite Discovery of Movie [8].

Plaintiff is **ORDERED** to serve Defendants with a copy of this Order, the Complaint [1], and the Motion for Expedited Discovery of Movie [8] with its accompanying memorandum [8-1] and affidavit [8-2] by **Friday, February 10, 2023**. See Fed. R. Civ. P. 4. Plaintiff should file proof of service on the docket once Defendants have been served with this Order and the pleadings.

Defendants are **DIRECTED** to file a Response Brief by close of business on **Tuesday, February 21, 2023**. If for some reason Defendants are unable to comply with this Order, they should alert Ms. Poley as soon as possible ((404)

215-1514). If Plaintiff is inclined to file a reply, it should contact the Court promptly after receiving Defendants' response.

**IT IS SO ORDERED** this 7th day of February, 2023.

_____
**Leigh Martin May**
**United States District Judge**