# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HARLEM GLOBETROTTERS INTERNATIONAL, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>SUNSET PICTURES, LLC, and BRIARCLIFF ENTERTAINMENT LLC,<br><br>*Defendants*. | Case No. 1:23-cv-00546-LMM |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Harlem Globetrotters International, Inc. and Defendants Sunset Pictures, LLC and Briarcliff Entertainment LLC, by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to dismissal of the above-captioned action with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

306635419v.1

Respectfully submitted this 12th day of December, 2023.

| | |
|---|---|
| */s/ Lauren Gregory Leipold* | */s/ D. Alan White* |
| Lauren Gregory Leipold | D. Alan White |
| Georgia Bar No. 729061 | Georgia Bar No. 410546 |
| LLeipold@seyfarth.com | WhiteDA@ballardspahr.com |
| SEYFARTH SHAW LLP | BALLARD SPAHR LLP |
| 1075 Peachtree St. NE, Suite 2500 | 999 Peachtree Street NE, Suite 1600 |
| Atlanta, Georgia 30309 | Atlanta, Georgia 30309 |
| Telephone: (404) 885-6737 | Telephone: (678) 420-9406 |
| | |
| Lisa H. Meyerhoff (*pro hac vice*) | Jay Ward Brown (*pro hac vice*) |
| LMeyerhoff@seyfarth.com | BrownJay@ballardspahr.com |
| 700 Milam Street, Suite 1400 | 1909 K St., NW, 12th Floor |
| Houston, Texas 77002-2812 | Washington, DC 20006 |
| Telephone: (713) 238-1874 | Telephone: (202) 508-1136 |
| | |
| *Counsel for Plaintiff* | Catherine Seibel (*pro hac vice*) |
| | SeibelC@ballardspahr.com |
| | 1675 Broadway, 19th Floor |
| | New York, NY 10019-5820 |
| | Telephone: 212-223-0200 |
| | |
| | *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the foregoing ***Joint Stipulation of Dismissal with Prejudice*** via the Court's CM/ECF system, which will automatically send e-mail notification to all attorneys of record.

This 12th day of December, 2023.

*/s/ Lauren Gregory Leipold*